## MOUND COTTON WOLLAN & GREENGRASS
COUNSELLORS AT LAW
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1486

(212) 804-4200
FAX: (212) 344-8066
WWW.MOUNDCOTTON.COM

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL

STUART COTTON
PARTNER
212-804-4500
SCotton@moundcotton.com

May 13, 2014

**VIA ECF**

Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Granite State Insurance Company v. Clearwater Insurance Company*, Case No. 14-1494

To the Clerk of the Court:

We are counsel to Appellant Granite State Insurance Company ("Granite State") in the above-referenced appeal. Please be advised that Edward P. Krugman of the firm Cahill Gordon & Reindel LLP will act as lead counsel for Granite State in the appeal. Mr. Krugman's full address and contact information is as follows:

Edward P. Krugman
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
ekrugman@cahill.com
(212) 701-3506

Mr. Krugman's firm will file Forms C and D as soon as the Court enters its appearance.

Thank you for your attention to this matter.

Respectfully submitted,

[signature]

cc: Steven M. Kennedy, Esq. (by email and ECF)