<div style="text-align:center">

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

</div>

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of June, two thousand and fourteen.

Before:     Ralph K. Winter,
                *Circuit Judge*.

---

Granite State Insurance Company,

   Plaintiff-Appellant,

   v.                                                              **ORDER**
                                                                   Docket No. 14-1494

Clearwater Insurance Company, FKA Skandia America Reinsurance

Corporation, FKA Odyssey Reinsurance Corporation,

   Defendant-Appellee.

---

Appellant moves to hold this appeal in abeyance until the later of the current briefing deadline or 45 days after a decision in *AIU Insurance Company v. TIG Insurance Company*, No. 13-1580.

IT IS HEREBY ORDERED that the motion is DENIED. If there is a need for additional briefing based on a decision in *AIU v. TIG*, the parties are free to seek appropriate relief from the Court or from the merits panel if the case has been calendared.

<div style="margin-left:50%">

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

</div>

